**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



CHASE WILLIAMS, individually and on behalf of
all others similarly situated,

Plaintiff,

v.

KUCOIN, MICHAEL GAN, JOHNNY LYU, and
ERIC DON,

Defendants.

Case No. 1:20-cv-02806-GBD

Honorable George B. Daniels

### [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

On this 13th day of August 2020, the Court considered Plaintiff's Motion for Alternative

Service upon Defendants Michael Gan, Johnny Lyu, and Eric Don. Having considered the Motion,

and the materials submitted in support thereof, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff is authorized to serve Defendant Gan through (i) Gan's known social media

   profiles (Twitter and LinkedIn); (ii) a potential email address associated with Gan,

   michael@kucoin.com; (iii) the following email addresses associated with Defendant

   KuCoin: (a) legal@kucoin.com, (b) dpo@kucoin.com, and (c) media@kucoin.com; and

   (iv) by serving Gan at the same address in Singapore where service was effectuated upon

   KuCoin.

2. Plaintiff is authorized to serve Defendant Lyu through (i) Lyu's known social media

   profiles (Twitter and LinkedIn); (ii) a potential email address associated with Lyu,

   johnny@kucoin.com; (iii) the following email addresses associated with Defendant

1

KuCoin: (a) legal@kucoin.com, (b) dpo@kucoin.com, and (c) media@kucoin.com; and (iv) by serving Gan at the same address in Singapore where service was effectuated upon KuCoin.

3. Plaintiff is authorized to serve Defendant Don through (i) a potential email address associated with Don, eric@kucoin.com; (ii) the following email addresses associated with Defendant KuCoin: (a) legal@kucoin.com, (b) dpo@kucoin.com, and (c) media@kucoin.com; and (iii) by serving Don at the same address in Singapore where service was effectuated upon KuCoin.

Dated: _____, 2020
AUG 1 3 2020

_George B. Daniels_
Honorable George B. Daniels
United States District Judge