**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

CHASE WILLIAMS, *individually and on behalf of all others similarly situated*,

                                      Plaintiff,

           -against-                                         ORDER

KUCOIN et al.,

                                       20 Civ. 2806 (GBD)

                                 Defendants.

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Chase William's motion for appointment as Lead Plaintiff and approval of Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as Co-Lead Counsel is GRANTED.

The Clerk of Court is directed to close the motion, (ECF No. 20), accordingly.

Dated: New York, New York
        October 7, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge