USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHASE WILLIAMS, individually and on behalf
of all others similarly situated,

                       Plaintiff,

      - against -

KUCOIN, et al.,

                      Defendants.
------------------------------------------------------------X

20-CV-2806 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has reviewed the discovery plan submitted by Plaintiffs at Dkt. 67. Plaintiffs may proceed with the plan, keeping in mind the admonition to keep requests narrowly tailored and avoid unnecessary expenditures.

                                   SO ORDERED.

                                     _____
                                     ROBERT W. LEHRBURGER
                                     UNITED STATES MAGISTRATE JUDGE

Dated: November 11, 2020
        New York, New York

Copies transmitted this date to all counsel of record.