```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHASE WILLIAMS, individually and on behalf     :
of all others similarly situated,              :         20-CV-2806 (GBD) (RWL)
                                               :
                Plaintiff,                     :
                                               :
        - against -                            :         ORDER
                                               :
KUCOIN, et al.,                                :
                                               :
                Defendants.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court ordered status updates every sixty (60) days. (Dkt. 66.) The last update was filed on January 4, 2021. (Dkt. 84.) Accordingly, Plaintiff shall file a status update by April 26, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.