UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>KUCOIN, MICHAEL GAN, JOHNNY LYU, and ERIC DON,<br><br>                    Defendants. | Case No. 1:20-cv-02806-GBD-RWL<br><br>~~[PROPOSED]~~ ORDER |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

IT IS HEREBY ORDERED that:

1. All discovery shall be completed within 90 days after the Court's decision on Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel;

2. Any motion for default judgment shall be filed within 180 days after the Court's decision on Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel; and

3. This Order is without prejudice to any party's ability to seek a further modification of the above deadlines.

Dated: New York, New York
         August 31 , 2021

SO ORDERED:

_____
Hon. Robert W. Lehrburger
United States Magistrate Judge