UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CHASE WILLIAMS, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

      -against-

KUCOIN, MICHAEL GAN, JOHNNY LYU and ERIC DON,

------------------------------------- x

ORDER

20 Civ. 2806 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

    The Court, having reviewed Plaintiff's Motion for Voluntary Dismissal (the "Motion") and for good cause shown, IT IS HEREBY ORDERED on this 11th day of July 2022, that Plaintiff's Motion for Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 23(e) and 41(a)(2) is GRANTED and the above-captioned action is hereby dismissed without prejudice and without costs or attorneys' fees to any party, against Defendants KuCoin, Michael Gan, Johnny Lyu, and Eric Don. IT IS SO ORDERED.

Dated: New York, New York
       July 11, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1